DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SCULLEY

No. 180 PC.

Case below: 29 N.C. App. 422.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1976.

STATE v. SHARRATT

No. 184 PC.

Case below: 29 N.C. App. 199.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1976.

STATE v. STALEY

No. 111 PC.

Case below: 28 N.C. App. 730.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1976.

STATE v. STAPLETON

No. 37.

Case below: 29 N.C. App. 363.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 July 1976.

STATE v. WILLIAMS

No. 198 PC.

Case below: 29 N.C. App. 408.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 14 July 1976.